**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: March 18, 2010**



_Randolph J. Haines_
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

---

PERRY & SHAPIRO, L.L.P.
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for Bayview Loan Servicing, LLC
[FILE 09-019085 ITB]

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>MARK STEVEN AND CINDY LOUISE KNOX,<br><br>   Debtor. | Case # 0:10-bk-02904-RJH<br><br>Chapter 7 Proceedings |
| Bayview Loan Servicing, LLC, its assignees and / or successors in interest,<br>   Movant,<br>v.<br><br>MARK STEVEN AND CINDY LOUISE KNOX, Debtor, and Chapter 7 Trustee William E. Pierce,<br>   Respondents. | **ORDER LIFTING**<br>**THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>498 S. Estrella Rd.<br>Golden Valley, AZ 86413 |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by Bayview Loan Servicing, LLC, ("BAYVIEW"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. BAYVIEW, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 498 S. Estrella Rd., Golden Valley, AZ 86413 and legally described as:

> PARCEL 264-A5 AS SHOWN ON PARCEL PLAT RECORDED FEBRUARY 09, 2005 IN BOOK 23 OF PARCEL PLATS, PAGE 38, BEING A PORTION OF SECTION 11, TOWNSHIP 21 NORTH, RANGE 19 WEST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MOHAVE COUNTY, ARIZONA;
>
> EXCEPT ALL OIL, GAS, COAL AND MINERALS AS RESERVED IN DEED RECORDED IN BOOK 69 OF DEEDS, PAGE 193, RECORDS OF MOHAVE COUNTY, ARIZONA

2. BAYVIEW may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, BAYVIEW may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against BAYVIEW shall remain lifted under this and any

other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

                                                    _____
                                                    Randolph J. Haines
                                                    U. S. Bankruptcy Court Judge